UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSEMARIE CURZIO FARELLA,

    Plaintiff,

v.

BLACKWELL RECOVERY D/B/A CONCORD SERVICING CORPORATION,

    Defendant.

Case No.: 8:24-cv-1653-KKM-AEP

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Rosemarie Curzio Farrella, and Defendant Concord Servicing, LLC d/b/a Blackwell Recovery ("Concord Servicing"),[1] hereby stipulate and agree that the above-captioned lawsuit and all claims that were brought or that could have been brought against Defendant Concord Servicing in this action are hereby dismissed with prejudice and that each party shall bear their own fees and costs.

DATED: January 3, 2025

                                                 /s/ Michael R. Bertucci
                                               Michael R. Bertucci
                                               IL SBN: 6326591
                                               MIKE AGRUSS LAW

---

[1] Concord Servicing is incorrectly identified in the case caption as "Blackwell Recovery d/b/a Concord Servicing Corporation."

138294281.2

1301 W 22nd Street, Suite 711
Oak Brook, IL 60523
Tel: 312-755-6606
Fax: 312-253-4451
mike.bertucci@844seemike.com
*Admitted Pro Hac Vice*
*Attorney for Plaintiff*

/s/ *Scott D. Feather*
Scott D. Feather (FBN 68740)
**CARLTON FIELDS, P.A.**
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Email: sfeather@carltonfields.com
*Attorneys for Concord Servicing, LLC*
*d/b/a Blackwell Recovery*

/s/ *Karimah Munem*
Karimah Munem (FBN 1031696)
Merrick L. Gross (FBN 716677)
**CARLTON FIELDS, P.A.**
2 MiamiCentral
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Email: kmunem@carltonfields.com
           mgross@carltonfields.com
*Attorneys for Concord Servicing, LLC*
*d/b/a Blackwell Recovery*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the authorized CM/ECF filers in this case.

*/s/ Mike Bertucci*
Attorney

138294281.2